**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT COURT OF LOUISIANA**

| | | |
|---|---|---|
| **ADVOCACY CENTER** | * | **CIVIL ACTION 12-CV-508** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE BRIAN A. JACKSON** |
| **JAMES M. LEBLANC, SECRETARY** | * | |
| **OF THE LOUISIANA DEPARTMENT** | * | |
| **OF PUBLIC SAFETY AND** | * | **MAGISTRATE JUDGE** |
| **CORRECTIONS, ET AL** | * | **STEPHEN C. REIDLINGER** |

**EX PARTE MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, appearing through undersigned counsel of record, come defendants, James LeBlanc, Secretary of Louisiana Department of Public Safety and Corrections (hereinafter referred to as "LeBlanc") and Burl Cain, Warden of Louisiana State Penitentiary ("Cain") in their official capacities (jointly referred to as "Defendants") respectfully move as follows:

1.

On July 2, 2013, plaintiffs filed their Motion for Attorney's Fees [Doc. 25] and Motion for Leave to File Motion for Attorney's Fees [Doc. 26].

2.

Under Local Rule 7.4, responses are due on July 23, 2013.

3.

Pursuant to Local Rule 7.6, undersigned counsel hereby certifies that there has been no previous extension of time granted to Defendants and that no objection to an extension of time has been filed into the record.

4.

Defendants respectfully move for an additional 21 days in which to respond to the Motion for Attorney's Fees [Doc. 25] and Motion for Leave to File Motion for Attorney's Fees [Doc. 26], making responses due on August 13, 2013.

Respectfully Submitted:

/s Jacqueline B. Wilson
E. Wade Shows, La. Bar Roll No. 7637
Jacqueline B. Wilson, La. Bar Roll No. 31055
SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Phone: (225) 346-1461
Fax: (225) 346-1467

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2013, the foregoing Motion for Extension of Time filed by Defendants was filed electronically with the Clerk of Court using the CM/ECF system and that all counsel will be served via the CM/ECF system.

/s Jacqueline B. Wilson
JACQUELINE B. WILSON